**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02006-BNB

MICHAEL TERRELL WHEELER,

    Applicant,

v.

JAMES FALK, Warden, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion to Strike Pre-Answer Response (ECF No. 16) filed on December 9, 2013, is DENIED.

Dated:  December 27, 2013